RECEIVED

SEP 26 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Rodney AlAN Cooper )
**NAME OF THE PLAINTIFF** )
)
)
- vs - )
)
Roger Berry ( City of St. Louis) ) Case No.
Parks Department )
)
)
)
)
)
) **JURY TRIAL DEMANDED**
)
) YES ✓ NO___
_____ )
**NAME OF THE DEFENDANT OR** )
**DEFENDANTS** (Enter above the full name(s) of )
ALL defendant(s) in this lawsuit. Please )
attach additional sheets if necessary. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

_____

_____

_____

## PARTIES

2.   Plaintiff's name: _Rodney Alan Cooper_

Plaintiff's address: _4660 Ashland Avenue_
                      Street address or P.O. Box

_St. Louis Mo 63115_
City/ County/ State/Zip Code

_(314) 799 2462_
Area code and telephone number

3.   Defendant's name: _Roger Berry (City of St. Louis) Parks Department_

Defendant's address: _5600 Clayton Avenue_
                      Street address or P.O. Box

_St Louis Mo - Forest Park_
City/County/State/ Zip Code

_314 289 5300_
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.      If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:   N/A

_____
(Street Address)              (City/County)              (State)   (Zip Code)

5.      When did the discrimination occur?  Please give the date or time period:

2013 - 2015
_____

## ADMINISTRATIVE PROCEDURES

6.      Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

_____Yes      Date filed: _____

✓ No

7.      Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

✓ Yes     Date filed: _____ 9-18-2015 _____

_____No

8.      Have you received a Notice of Right-to-Sue Letter?

✓ Yes                            _____ No

If yes, please attach a copy of the letter to this complaint.

N/A     9.      If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

_____ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

__✓__ terms and conditions of my employment differ from those of similar employees

_____ retaliation

__✓__ harassment

_____ other conduct (specify): _____

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

__✓__ Yes _____ No

4

11.     I believe that I was discriminated against because of my (check all that apply):

_____   race

✓   religion

_____   national origin

_____   color

_____   gender

_____   disability

_____   age (my birth date is: _____)

_____   other: _____

Did you state the same reason(s) in your charge of discrimination?

✓ Yes                    _____ No

12.     State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

Roger Berry discriminated against my religious beliefs between 2013 - 2015. He belittled me in front of my coworkers and supervisors. On many occasions, he hollered and talked to me in a non professional manners. He threatened to fire me if I didn't stop talking about church. Junior Supervisors encouraged me to hide from Roger Berry before he entered the workplace

So that I could avoid his harrassing comments. Because of Roger Berry's actions towards me, Co workers commented of how he despised my presence.

(Attach additional sheets as necessary).

13.      The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

_____ are no longer being committed by the defendant.

___✓___ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I would like the Court to award financial compensation due to Roger Berry's religious discrimination. I would also like for the Court to demote Roger Berry's authoritive position so he can't harrass others in this same manner.

Signed this 26th day of ___September___, 20 16.

_Rodney Cooper_
Signature of Plaintiff

7