## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY ALAN COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16-CV-1521 RWS |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S PRETRIAL PROPOSED EXHIBIT LIST

COMES NOW Plaintiff Rodney Alan Cooper, and hereby submits the following proposed exhibit list:

| No. | Description | Will/May be introduced | 902(11) or 902(12) Authentication |
|---|---|---|---|
| 1 | Daniel Skillman February 1, 2006 Letter | May | No |
| 2 | Aubrey Tutwiler Affidavit | May | No |
| 3 | Terrance Brown Affidavit | May | No |
| 4 | Providence, Inc Records | Will | Yes |
| 5 | Providence, Inc Bills | Will | Yes |
| 6 | Barry Brown Jr. Affidavit | May | No |
| 7 | James Paige Affidavit | May | No |
| 8 | Marvin Stewart Affidavit | May | No |
| 9 | Plaintiff 12-23-13 Letter | May | No |
| 10 | Plaintiff 9-20-15 Letter | May | No |
| 11 | Plaintiff 1-2-16 Letter | May | No |

| | | | |
|---|---|---|---|
| 12 | Plaintiff 5-25/26-16 Letter | May | No |
| 13 | January 31,2019 John Rabun MD LLC Report | May | No |
| 14 | Amanda Luckett Murphy Hopewell Center Records | May | Yes |
| 15 | Amanda Luckett Murphy Hopewell Center Bills | May | Yes |

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
    James W. Schottel, Jr.   #51285MO
    906 Olive St., PH
    St. Louis, MO 63101
    (314) 421-0350
    (314) 421-4060 facsimile
    jwsj@schotteljustice.com

    Attorney for Plaintiff
    Rodney Alan Cooper

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 29, 2019, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

    Abby Duncan
    duncana@stlouis-mo.gov

    Attorney for Defendant
    City of St. Louis, Missouri

    s/*James W. Schottel, Jr.*

2