## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY ALAN COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16-CV-1521 RWS |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S PRETRIAL PROPOSED DEPOSITION DESIGNATIONS

COMES NOW Plaintiff Rodney Alan Cooper, and hereby submits the following proposed deposition designations:

1.      Roger Berry

        a. TR. 26:4-27:4

        b. TR. 28:6-8

        c. TR. 28:25-29:15


2.      Daniel Skillman

        a. TR. 11:7-13.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
      James W. Schottel, Jr.    #51285MO
      906 Olive St., PH
      St. Louis, MO 63101
      (314) 421-0350
      (314) 421-4060 facsimile
      jwsj@schotteljustice.com

      Attorney for Plaintiff
      Rodney Alan Cooper

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>May 29, 2019</u>, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

      Abby Duncan
      duncana@stlouis-mo.gov

      Attorney for Defendant
      City of St. Louis, Missouri

      s/*James W. Schottel, Jr.*